# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

August 21, 2018

Lyle W. Cayce
Clerk

No. 18-50127
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JESUS CHAVEZ,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:12-CR-318-1

Before HIGGINSON, COSTA, and HO, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Jesus Chavez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Chavez has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Chavez's response. We concur with counsel's assessment that the appeal presents no

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-50127

nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  *See* 5TH CIR. R. 42.2.  Chavez's motion to stay proceedings is DENIED.